# DuaneMorris®

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

*FIRM and AFFILIATE OFFICES*

MONTÉ T. SQUIRE
PARTNER
DIRECT DIAL: +1 302 657 4918
PERSONAL FAX: +1 302 397 2543
*E-MAIL:* MTSquire@duanemorris.com

*www.duanemorris.com*

May 4, 2026

**VIA CM-ECF**
The Honorable J. Campbell Barker
United States District Court for the Eastern District of Texas
William M. Steger Federal Building and United States Courthouse
211 W. Ferguson
Tyler, TX 75702

> RE:    *Nyxoah SA et al. v. Inspire Medical Systems, Inc.*,
>        C.A. No. 1:25-cv-01147-JCB

Dear Judge Barker:

I write on behalf of Plaintiffs Nyxoah SA and Nyxoah, Inc. (collectively, "Nyxoah") to respectfully request that the Court schedule a Rule 16 conference and/or order the parties to submit a proposed scheduling order for the Court's consideration.

This case was filed on September 15, 2025 (D.I. 1). Following a three-month stay in connection with a related case, the matter was reassigned to Your Honor on March 19, 2026. On March 23, 2026, Defendant Inspire Medical Systems, Inc. ("Inspire") served a partial motion to dismiss the original complaint (D.I. 13). On March 31, 2026, pursuant to Your Honor's procedure, Nyxoah filed a Notice of Readiness (D.I. 15). Nyxoah then filed an amended complaint on April 3, 2026 (D.I. 16, 17), and Inspire served a second partial motion to dismiss the amended complaint on April 24, 2026 (D.I. 23).

Counsel for the parties have met and conferred regarding a case schedule and the submission of a joint proposed scheduling order. During the conference, counsel for Nyxoah noted that the case has been pending for eight months and that the filing of a partial motion to dismiss does not operate as a stay of proceedings, and accordingly proposed that the parties discuss a case schedule and submit a joint proposed scheduling order for the Court's consideration. Counsel for Inspire took the position that such discussions were premature while its partial motion to dismiss remained pending, and that it would not propose a case schedule or agree to submit a proposed scheduling order until after the Court decided the motion and Inspire had filed its answer to the amended complaint.

DUANE MORRIS LLP

1201 NORTH MARKET STREET, SUITE 501          PHONE: +1 302 657 4900    FAX: +1 302 657 4901
WILMINGTON, DE  19801-1160

DuaneMorris

The Honorable J. Campbell Barker
May 4, 2026
Page 2

The parties were unable to reach agreement on this issue. Nyxoah therefore respectfully requests that the Court schedule a Rule 16 conference and/or order the parties to submit a proposed scheduling order for the Court's consideration.

Should Your Honor have any questions, counsel are available at the Court's convenience.

Respectfully submitted,
*/s/ Monté T. Squire*
Monté T. Squire (No. 4764)

cc:    All Counsel of Record (via CM-ECF)